## CONSENT TO SUE UNDER
## THE FAIR LABOR STANDARDS ACT

I, **Jorge Arguello**, am an individual formerly employed by **English Enterprises, Inc., et al** (together, including any successors, affiliates or related entities, "Defendants"). I consent to be a plaintiff in an action to collect unpaid compensation against Defendants.

By: _[signature]_

Name:

Dated as of **2/21/15**