# CONSENT TO SUE UNDER
## THE FAIR LABOR STANDARDS ACT

I, _Migel angel Colula_, am an individual formerly employed by _English Enterprises, Inc., et al_ (together, including any successors, affiliates or related entities, "Defendants"). I consent to be a plaintiff in an action to collect unpaid compensation against Defendants.

By: _[signature]_

Name: _Miguel angel Colula_

Dated as of _2015-19-2_