Engelmayer, P.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/8/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MIGUEL ANGEL COLULA and JORGE ARGUELLO,
*on behalf of themselves, FLSA Collective Plaintiffs and the Class,*

    Plaintiffs,

v.

ENGLISH ENTERPRISES, INC.,
OLIVES NY LLC, and TODD ENGLISH

    Defendants.

Case No.: 15 CV 1511

**STIPULATION**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties in the above captioned action, acting by means of their respective counsel, that the time for Defendants to answer, move or otherwise respond with respect to the Complaint in the above matter is hereby extended through and including May 18, 2015. There has been no previous request for an extension of time.

IT IS FURTHER STIPULATED AND AGREED, that Defendants agree to (i) consent to the jurisdiction of the Court, and (ii) accept service of the Complaint and any amended Complaint authorized by the Court, and waive all defenses relating to invalid service of process.

By: _____
Paul J. Siegel, Esq.
Noel P. Tripp, Esq.
Jackson Lewis P.C.
58 S. Service Road, Suite 250
Melville, NY 11747
Telephone: (631) 247 0404
siegelp@jacksonlewis.com
trippn@jacksonlewis.com

4/7/15

By: _____
C.K. Lee, Esq.
Anne Seelig, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, New York 10016
Telephone: (212) 465-1180
cklee@leelitigation.com

**SO ORDERED:**

_Paul A. Engelmayer_
**U.S.D.J.**