## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

JACKSON LEWIS P.C.
*ATTORNEYS FOR DEFENDANTS*
58 South Service Rd., Ste. 250
Melville, New York  11747
(631) 247-0404

ATTORNEYS OF RECORD:
      PAUL J. SIEGEL, ESQ.
      NOEL P. TRIPP, ESQ.

---

MIGUEL ANGEL COLULA and JORGE
ARGUELLO,
*on behalf of themselves, FLSA Collective Plaintiffs
and the Class,*

      Plaintiffs,

        v.

ENGLISH ENTERPRISES, INC.,
OLIVES NY LLC, and TODD
ENGLISH

      Defendants.

Case No.: 15 CV 1511

---

TO:    C.K. LEE, ESQ.
       ANNE SEELIG, ESQ.
       LEE LITIGATION GROUP, PLLC
       *ATTORNEYS FOR PLAINTIFFS*
       30 East 39th Street, Second Floor
       New York, New York  10016
       (212) 465-1180

## <u>CERTIFICATE PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE</u>

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable the Judges and

Magistrates of this Court to evaluate possible disqualification or recusal, Defendants sued herein as

ENGLISH ENTERPRISES, INC. and OLIVES NY LLC, by and through their

undersigned counsel, hereby certify that each is a privately-held corporation with no parents or publicly

held corporations that own (10%) or more of its stock.

Dated: Melville, New York
     May 18, 2015

               Respectfully submitted,

               JACKSON LEWIS P.C.
               *ATTORNEYS FOR DEFENDANTS*
               58 S. Service Road, Suite 250
               Melville, New York  11747
               (631) 247-0404

By:                          
               PAUL J. SIEGEL, ESQ.
               NOEL P. TRIPP, ESQ.

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2015, the enclosed **CERTIFICATE PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE** was electronically filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, the Southern District's Local Rules, and the Southern District's Rules on Electronic Service, upon the following parties and participants:

C.K. LEE, ESQ.
ANNE SEELIG, ESQ.
LEE LITIGATION GROUP, PLLC
*ATTORNEYS FOR PLAINTIFFS*
30 East 39th Street, Second Floor
New York, New York  10016

NOEL P. TRIPP, ESQ.

4812-5968-4388, v.  1

3